UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CENT HOLDING COMPANY LLC and CENT CAPITAL LLC, ) ) ) Plaintiffs ) ) vs. ) ) WOLFRAM RESEARCH, INC., ) ) Defendants ) | Case No. 5:21-cv-00418-HNJ |

# **O R D E R**

Plaintiffs' attorneys filed a Notice of Withdrawal, which the court construes as a Motion to Withdraw. (Doc. 8). Those attorneys state "there has been a separation of the attorney/client relationship such that the undersigned Counsel no longer represents" Plaintiffs. (*Id.* at 1). However, as limited liability companies, Plaintiffs cannot appear *pro se* in federal court. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985); *T-12 Entm't, LLC v. Young Kings Enterprises, Inc.*, 36 F. Supp. 3d 1380, 1393 (N.D. Ga. 2014). Therefore, the court will allow Plaintiffs thirty (30) days to retain new counsel. The court **ORDERS** Plaintiffs to file a status report within thirty (30) days of the date of this order if new counsel have not appeared on their behalf. The court **DENIES WITHOUT PREJUDICE** the Motion to Withdraw, retaining counsel's right to re-file the motion when new attorneys enter an appearance for

Plaintiffs. The court **ORDERS** Plaintiffs' present attorneys to immediately serve a copy of this order on Plaintiffs.

    **DONE** and **ORDERED** this 10th day of May, 2021.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE