IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC, | : | |
| Plaintiffs, | : | |
| v. | : | Case 5:21-cv-00418-RDP |
| WOLFRAM RESEARCH, INC., | : | OPPOSED |
| Defendant. | : | |

**PLAINTIFFS' OPPOSED MOTION FOR 1-MONTH EXTENSION OF MEET-AND-CONFER PROCESS AND DEADLINES FOR PLAINTIFFS' AMENDED FILINGS**

Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC. request that the Court extend the current deadlines for Plaintiffs to file an amended complaint and motion for preliminary injunction by one month, such that the pleadings were due on July 26, 2021. As set forth below, Plaintiff seeks this extension to allow its recently-retained expert to analyze the materials exchanged by the parties over the course of the meet-and-confer process. Defendant opposes this requested extension.

In further support of this motion, Plaintiffs show as follows.

1. This case was originally filed on March 19, 2021. (Doc. 1).

2. On May 20 and 21, 2021, Plaintiffs substituted undersigned counsel in this matter.

3. After appearances were entered, the Court held a telephonic conference on May 27 in which the Court ordered the parties to engage in a meet-and-confer process to identify and narrow the issues raised in Plaintiffs' complaint and motion for preliminary injunction.

4. The parties agreed on June 3, 2021 as the original deadline for Plaintiffs' Amended Complaint and Motion for Preliminary Injunction, and the Court entered an order establishing that deadline. (Doc. 39).

5. Counsel have engaged in numerous telephone conferences over multiple days for several hours and have exchanged extensive correspondence attaching various materials.

6. The parties have twice moved for and received one-week extensions on Plaintiffs' filing deadline. (Docs. 40–41).

7. On June 22, Plaintiffs' counsel retained an expert to assist in evaluating Plaintiffs' claims and the materials exchanged by the parties over the last month.

8. This expert has indicated that he requires a month to complete his analysis.

9. Plaintiffs sent a letter on June 24, 2021 to Defendant requesting Defendant's consent to the extension. (Exhibit A). Defendant responded on June 25, 2021 noting that Defendant opposes the requested extension. (Exhibit B).

10. Plaintiffs seek this extension to present claims that reflect the information exchanged during the ongoing meet-and-confer process, not to unduly delay litigation of this matter or impose any undue burden.

Plaintiffs therefore request a one-month extension such that Plaintiffs' Amended Complaint and Motion for Preliminary Injunction will be filed on or before July 26, 2021.

Respectfully submitted this 25th day of June 2021.

s/J. Thomas Richie
One of the Attorneys for Cent Holding Company, LLC and Cent Capital, LLC

OF COUNSEL
J. Thomas Richie

Carson S. Phillips
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Michael T. van der Veen
Bruce L. Castor, Jr.
VAN DER VEEN, O'NEILL, HARTSHORN AND LEVIN
1219 Spruce Street
Philadelphia, PA 19107
Telephone: (215) 546-1000
Facsimile: (215) 546-8529

## CERTIFICATE OF SERVICE

       I hereby certify that on June 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Floyd D. Gaines
    Daniel B. Snyder
    GAINES LLC
    2160 Highland Avenue South, Suite 101
    Birmingham, AL 35205

    Bradford P. Lyerla
    Daniel I. Konieczny
    Katherine O'Brien
    Amie M. Bauer
    TABET DIVITO ROTHSTEIN LLC
    209 South LaSalle St., 7th flr
    Chicago, IL 60604

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    None

                                                 *s/J. Thomas Richie*
                                                      J. Thomas Richie

                                            BRADLEY ARANT BOULT CUMMINGS LLP
                                            One Federal Place
                                            1819 Fifth Avenue North
                                            Birmingham, AL 35203-2119
                                            Telephone: (205) 521-8000
                                            Facsimile: (205) 521-8800
                                            E-mail: trichie@bradley.com