FILED
2021 Jul-26 PM 06:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 01

## Req 1: Instrument index lists dynamically collected by function calls so changing between indexes is easy and seamless

- A function to get a list of all the indexes available within Bloomberg and populate a dropdown (**SP, DOW,** etc.)

- Upon selection of the index dropdown, the index selected members populates a dropdown with those members included

- Below is the code being used to collect SPX "Index Members", so this functionality will be used upon selection of the indexes by plugging in the needed index into the instruments field

```
MarketDataGet["Chain", "Instruments" → {"SPX Index"}, "Type" → "IndexMembers"]
```

\*\*Important to note the when returning index members from "Chain", it returns them in the format "A UN" when many of the data calls for BloombergLink take "A Equity". I have a transformation function that gets this transformation correctly, but wonder if there is better way to utilize formatting these chains.

## Req 2: Once an index list is selected, dynamically update drop downs where the lists can be filtered by US Large Cap, Small Cap, etc.

- Optimal way to produce these sector lists? ▮▮▮▮▮▮▮▮▮▮ based off of index selected

## Req 3: Having access and the ability to apply/display/chart specific properties to certain fields of an instrument such as ▮▮▮▮▮▮▮▮▮▮ etc.

- What is the potential for accessing and dynamically updating these drop down selection fields that we may wish to select/display/apply/visualize by using the MarketDataExplorer[] as our selector

*\*\*\*It has come to our attention that the MarketDataExplorer[] pallette has some apparent user interface difficulties with search, window display, etc. we would love to show and discuss*

## Req 4: Having the ability to display multiple live

Case 5:21-cv-00418-RDP   Document 47-1   Filed 07/26/21   Page 3 of 5

2 | *Cent Corp Scope Design.nb*

# charts/visualizations of the instrument being selected and subscribed too via the BloombergLink

- Below is an image of a base level prototype of the idea we have in mind:



- We have built this interface up to this point, but have seen some issues with utilizing hardware resources so that when our functionality is updating with real-time data stream such as:

**ISSUES:**

    **1. Slower response to the user due to CPU being utilized causing machine to be operate more slowly for the user**

    + Would look to you guys to optimize solutions for this issue within our implementation so that we don't see these slow downs in resources and can utilize the GPU with ▇▇▇▇ when necessary for optimization

    **2. Occasional issues when trying to implement using InteractiveTradingChart such as:**
    + Initialization struggling to occur within the Manipulate
    + Would love to know the optimization difference between building TradingChart display customizable vs InteractiveTradingChart ??

    **3. Red Error indicators on MarketBarSubscriptions when the MarketBarSubscription display being initialized, as well as the three MarketDataSubscription values** ▇▇▇▇

    **4. The date specs for** ▇▇▇▇ **and** ▇▇▇▇ **would preferably be date calendar objects**

**Additions**

    1. Want as many ▮▮▮▮ that Bloomberg will allow, or what is optimal, and have the live ▮▮ subscription for the equity integrate the same chart

    2. The integration of the charts need to be able to include the custom indicator and values for the specified parameters for the indicator mentioned in req 5

    3. Ability to visualize the ▮▮ chart displayed by the subscription with multiple types of charts as sub charts
      - if possible, ability to choose the sub chart of our choosing via checkbox

## Req 5: Custom Technical Indicators

    1. We would like to implement a custom indicator that calculates ▮▮▮▮▮▮ based off a specificied property for a field (mainly ▮▮▮▮▮▮)

    2. For this indicator we will specify two parameters
      I. Update Interval - the interval for which the bars for the bar subscription will update ▮▮▮▮ ▮▮▮▮, ect.)
      II. Grouping interval - the number of bars grouped together for which to do the ▮▮▮▮ ▮▮▮▮ calculations upon

  We will present examples of this during meeting

    3. It is important to note that we would like to structure the development of these indicators where new indicators are easy to develop and apply. An example of this is given in the attached indicators.nb.

## Questions Remaining:

1. Utilizing subscriptions per sessions (How Many?) and the significance or unique use that can be used by ip and porting of these sessions

2. How are some companies utilizing scheduled tasks within their organization? Details?

4 | *Cent Corp Scope Design.nb*

3. Incorporating our indicators within what we currently have for ▉▉▉▉▉▉ functionality.
4. Any useful resources you can direct us too?