FILED
2021 Jul-26 PM 06:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 02

# Cent Capital Project Plan

## Tentative Project Schedule

- **Phase 1:** Implementation of basic user interface with beginning stages of package architecture skeleton, data workflow design, and optimal Bloomberg integration and capabilities (Terminal and Data License).

**\*\* HARD PRIORITY REQUIREMENTS FOR CURRENT PHASE \*\***

1. Real-Time ▬ Data
2. Real-Time ▬▬▬
3. Real-Time Options Available *(ability to select any of the options in the chain -- MID -- based off expiration date -- and placed on the visualization )*
    - *For Calls and Puts ( strike prices in checkbox option and visualized upon check ):*
        1. **Strike Prices** *( default-- to show on chart when selected - select multiple )*
           * Capability to show next 2-14 in Grid subplot corresponding to the strike price *
        2. **Time Value %**
        3. **Portfolio Time Value**
        4. **Volume for the Day for that Option**
        5. **Option Open interest**
        6. **Daily Implied Volatility**
        7. **BID Size**
        8. **Implied Volatility From BID Price**
        9. **MID**
        10. **ASK Size**
        11. **Implied Volatility From ASK Price**
        12. **Call/Put Interest & Call/Put Volume**
        13. **Put/Call Interest & Put/Call Volume**
        14. **Greeks (delta, gamma, vega, theta, delta dollars)**

2 | Cent Capital Project Plan.nb



4. Ability to select the bar interval for the subscription -- Applied to historic and the real-time data that is being appended -- Bars within the groups should be indexed -- **MUST**

5. Ability to group those bars in a specific number of groups -- Also applied to historic and the real time data that is being appended -- Groups should be indexed -- **MUST**

   *Example of 4 and 5 below:*







6. Additional factors needed to be accessible: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ ? How do we delineate and apply real time factors vs applying static factors correctly -- ? ( Ex. Real-time ▮▮▮ in ▮▮▮ vs P/E Ratio )
  - Any factor that complies with real time data, we want to have it function the same way as grouping and interval selection parameter

### Concepts:

  **I. Data Subscriptions** -- *Optimization of Subscribing to Bloomberg data and its integration with historic data and analysis*
  **II. Data Visualization** -- *Plot Selections: Main plot and dynamic subplot selection*
  **III. Data Aggregations** -- *Lists: Connection -> Initialization -> Indexes -> Sectors -> Security*
  **IV. Data Transformations** -- *Data Transformations that may occur to handle logical processes for visualizations aggregation etc.*
  **V. Indicator Execution, Alteration, & Visualization** -- *Dynamically updating all visualizations of same data where strategy indicators occur* and labeling events of occurrence that should denote oppor-

tunity

**Target Date:** *Tuesday, December 14, 2020*

- **Phase 2:**  Back-end functionality being triggered by front-end parametrization and analysis *(that is selected for by the user -- potentially automated for)* in the GUI designed and implemented in **Phase 1**. We intend to collect and apply the parameters to each container in our Kubernetes environment -- *one container for every security in the SP500* -- to allow for parallel analysis ▮▮▮▮▮

**Concepts:**
  **I.   Data Scraping** -- *Button functionality to scrape necessary parametrization of an indicator / strategy and send to listening container*
  **II.  Dynamic Mapping** -- *Mapping association in the format "ticker"->"ip", "port" so data being scraped can be sent to correct container*
     -- **Note:** *Already have functionality implemented via Python, Docker, Harbor integration but still looking for better ways to integrate if possible*
  **III. ZMQ Sockets Server** -- *For us to visualize the analysis occurring in parallel on all containers, need a way to OPTIMALLY retrieve analysis pieces back into an interfaced notebook environment. Throughout our learning process, originally wrote a write back with a ZMQ Push server on each container within the trigger event of the ZMQ Sub client which worked fairly well. Looking for ideas for better optimization.*
     -- **Note:** *During that process, I found that sending large messages across the wire of ZMQ socket occasionally caused messages to be partitioned into multiple messages at buffer size -- even when "MultipartComplete" attribute turned on.*
  **IV.  Data Aggregation & Filtering** -- *Aggregation of the data from each container's messages sent back at each interval into an association that can be sorted on the data column selected for (i.e. Ticker -> Expected Return, Probability of Positive Payoff, ect. ).*

**Target Date:** *Tuesday, January 12, 2021 -- tentative due to holidays*

- **Phase 3:** Implementation and integration of Order Execution, Active Order Tracking, Portfolio Construction and Optimization.

**Concepts:**
  **I. Order Execution:** ▮▮▮▮▮ , *implement order execution to* ▮▮▮▮▮ *that can first occur on the interface side after decision filtering occurs from* **Concept IV** *in* **Phase 2**.
  **II. Active Order Tracking:** *Best way to retrieve the data for active orders and maintain computational analysis for the timeframe of the entity trade order in relationship to the overall analysis of the entity. (Scott can explain in better detail)*
  **III. Portfolio Construction & Optimization:** *Implementing specific techniques in portfolio construc-*

tion and optimization on the analysis being done for each security and decision filtered.

**Target Date:** Tuesday, February 2, 2021

- **Phase 4:** Optimization and implementation of any concepts that may come up during the first three phases, backtesting framework implementation, document/report generation guidance, operational guidance, error handling, debugging, etc.

**Target Date:** Tuesday, February 23, 2021

## Diagram of Data at Each Phase



## Questions Remaining:

1. How do you guys typically work with other companies?
   - Wolfram Cloud for sharing resources together?
   - Meet twice a week?
   - Preferred methods of contact?

2. Any ideas on how to template/scheme documents (cell colors, text colors, light/dark mode, etc.) for developers vs non developers that can help us internally in the business.
3. Do the dates listed seem plausible?
4. Any ideas we are overlooking/missing completely that can help expedite our development time?
5. We have some ideas for the segmentation and packaging of the code base, when would be a good time to start sharing these ideas?
6. How does cost structure of consultation occur? We intend to lean on your team more heavily in the first two phases to help optimize and validate the learning curve, but as we move forward, we can begin to become more hands on. How can we account for this type of relationship with you guys as we move through this process?
7. [redacted]