# EXHIBIT 3

Case 5:21-cv-00418-RDP   Document 47-3   Filed 07/26/21   Page 2 of 3
Case 5:21-cv-00418-HNJ   Document 9-2   Filed 05/07/21   Page 1 of 2

FILED
2021 May-07 PM 03:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**EXHIBIT 2**

# Technical Consulting

# Development Support

## Statement of Work

## Contract # 2020043

### Overview of Scope and Services

Wolfram Research, Inc. ("Wolfram"), a Delaware corporation located at 100 Trade Center Drive, Champaign IL 61820 will provide technical consulting Development Support ("Services") to Cent Holdings, LLC, ("Customer") located at 850 Ben Graves Drive, Suite 327, Huntsville, AL 35899, by assigning one or more designated contractor(s) ("Contractor") to work as request is made by the Customer during the period of this Statement of Work. This work will be of advisory or collaborative in nature and Wolfram will not have responsibility for the accuracy or efficiency of any code provided by Wolfram as part of the Services.

The services may be provided in several phases. The first phase is expected to involve the financial details of the data analysis and their visualizations using Manipulate and or custom madeGUIs with multiple controls. The aim is to segregate the data intodifferent bars or time periods, apply various analysis tools, includingideas from differential geometry, which will allow the user to discernstructural patterns for trading.

The second phase is expected to involve data scraping, aggregation and filtering. The third phase is concerned with Portfolio analysis and optimization as well asorder tracking. Phase four may involve optimization and implementation of the code for the above-mentioned purposes.

This Statement of Work will be effective from December 4th, 2020 to December 3rd, 2021. The Customer will provide details and specifications of each such work to be covered under this agreement in writing through e-mail to Wolfram, identified in the subject heading as "Development Support Request". Wolfram reserves the right to accept or reject such request based on available resources or any other reason deemed important.

### Confidentiality

All materials provided by Customer that are marked or otherwise clearly identified as being confidential, and are not otherwise already known to Wolfram or publicly available in some other way, shall be protected by Wolfram as such.

### Warranty and Limited Liability

While Wolfram will undertake commercially reasonable efforts to achieve a successful result for Customer, Wolfram makes no Warranty that the Services shall result in any specific deliverable. Further, in no event shall Wolfram be liable for any loss or damages that should result because of the Services, for any amount in excess of the total payment described herein.

### Terms and Conditions

The above mentioned Services will be provided under the following terms and conditions.

1. Customer shall only be responsible for actual time worked.
2. All work will be performed from Contractor offices and all communications will be through e-mail, telephone or Zoom Sessions unless the Customer provides any alternative mode of communication.

3. All time spent by the Contractor relative to the customer's project, including but not limited to research, design creation, report creation and phone discussions shall be billable. Unless otherwise indicated herein, the Services do not include project deliverables or guarantees.
4. Unless otherwise indicated herein, the Services will be provided in one hour increments.
5. The Contractor will provide progress reports as requested by the Customer, but no more frequently than for every hour of Services.
6. Termination of this Agreement shall be done in writing and Customer shall pay for any and all work performed prior to Contractor's receipt of the written notice.
7. Within thirty days of the completion of the said work Customer can request that the Contractor use up to five percent of the project time, free of any charge, to modify/add contents/features to the work done.
8. In the event of requests for additional Services by the Contractor, Customer shall make the request in writing and understands that Contractor is under no obligation to undertake such additional services.
9. No Contractor travel is currently anticipated for any Services under this Statement of Work. Should the Customer request and approve Contractor travel, and reasonable and customary travel expenses arise, the Customer shall reimburse these, and payment will be due within 15 days of invoice receipt by the Customer.

## Payment Terms

The Customer will pay $10,000 as a pre-payment upon request for new work under this Statement of Work. Wolfram will invoice the Customer for this pre-payment upon receiving request for work; this invoice will be due immediately, and no project work will start until payment is received by Wolfram. At the end of each week in which Services are provided, Wolfram will draw down $200 of this $10,000 prepayment for each person-hour of Services provided. Once the funds have been used fully a new prepayment of mutually agreed upon amount would be required for continuing the work.

## Agreed and Accepted

| Wolfram Research, Inc. | Cent Holdings, LLC |
|---|---|
| Signature: *[signature]* | Signature: *[signature]* |
| Name: REBECCA PORTH | Name: Scott Gillaspie |
| Title: DIRECTOR of FINANCE, WOLFRAM RESEARCH, INC. | Title: CEO |
| Date: December 11, 2020 | Date: 12/8/20 |
| Address: 100 Trade Center Drive, Champaign, IL 61820 | Address: 20871 Sandy Road, Tanner AL 35671 |