# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case 5:21-cv-00418-RDP |
| WOLFRAM RESEARCH, INC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF CONVENTIONAL FILING

Defendant Wolfram Research, Inc., hereby notifies the Court and all parties of the conventional filing of the following documents pursuant to the Court's Text Order (Dkt. 51) granting the Joint Motion to File under Seal (Dkt. 50):

  A. Wolfram's Motion for Summary Judgment

  B. Wolfram's Evidentiary Submission in Support of Its Motion for Summary Judgment, including these exhibits:

| # | Description |
|---|---|
| 1 | Declaration of Daniel Konieczny |
| 2 | Declaration of Eric Schacht |
| 3 | Declaration of Fahim Chandurwala |
| 4 | January 27, 2021 webinar video |
| 5 | May 13, 2021 webinar video |
| 6 | July 1, 2021 webinar video |
| 7 | Transcript of Jan. 2021 webinar |

| 8 | Notebook used in Jan. 2021 webinar (last edited in Feb. 2021) |
|---|---|
| 9 | Materials provided to Jan. 2021 webinar participants |
| 10 | Wolfram documentation page for the "BloombergTerminal service connection" from the Wolfram Finance Platform version 3.1 (last modified July 7, 2020) |
| 11 | RequestingMarketData-ServiceFrameWork.nb (last modified Dec. 11, 2019) |
| 12 | Aug. 30, 2016 Bloomberg Open API Core developer guide, available at https://data.bloomberglp.com/professional/sites/10/2017/03/BLPAPI-Core-Developer-Guide.pdf. |
| 13 | August 2020 webinar video |
| 14 | Notebook used in August 2020 webinar |
| 15 | Changelog for Wolfram's source code for the BloombergTerminal service connection ("BLPAPILink") and the BloombergLink built-in commands. |
| 16 | Screenshots of change to source code for BloombergTerminal service connection from November 27, 2020 to the present. |
| 17 | Mathematica Version 12.2 Documentation Page for ValueQ, found at C:\Program Files\Wolfram Research\Mathematica\12.2\Documentation\English\System\ReferencePages\Symbols\ValueQ.nb (last modified Dec. 6, 2020) |
| 18 | Wolfram Finance Platform Version 3.1 Tutorial for BloombergLink, found at C:\Program Files\Wolfram Research\Wolfram Finance Platform\3.1\SystemFiles\Links\BloombergLink\Documentation\English\Tutorials (last modified July 7, 2020). |
| 19 | Sep. 10, 2011 Bloomberg Development License Schedule of Services |
| 20 | Nov. 2020 Luke Jennings Wolfram Community Q&A, "Visualizing the live tick with Bloomberg Terminal & InteractiveTradingChart" |
| 21 | Technical Consulting Development Support Statement of Work Contract |

## C. Wolfram's Brief in Support of Its Motion for Summary Judgment

These documents are being hand delivered to the Court on a USB drive, with copies provided to Plaintiffs' counsel.

Dated: August 23, 2021

Respectfully submitted,

*s/ Floyd D. Gaines*
Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, Alabama 35205
fgaines@gainesllc.com
dsnyder@gainesllc.com
Office Number:      205.598.5055
Fax Number:            205.598.5066
Floyd Gaines Direct:    205.598.5089
Daniel Snyder Direct:   205.598.5076
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this date, I electronically served via filing the foregoing with the Clerk of the Court using CM/ECF which will serve a copy on all counsel of records, and served via other permissible means any documents not filed through CM/ECF, on the following:

Michael T. van der Veen
Bruce L. Castor, Jr.
van der Veen, Hartshorn and Levin
1219 Spruce Street,
Philadelphia, PA 19107
Email: mtv@mtvlaw.com
Email: bcastor@mtvlaw.com
P: (215)-546-1000
F: (215)-546-8529

J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Email: trichie@bradley.com
Email: caphillips@bradley.com
P: (205) 521-8000
F: (205) 521-8800

                                               *Daniel B. Snyder*
                                               Of Counsel