FILED
2021 Sep-23 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Case 5:21-cv-00418-RDP** |
| **WOLFRAM RESEARCH, INC.,** | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING
LIMITED DISCOVERY DEADLINES**

The parties have met and conferred regarding a schedule for completing the limited discovery ordered by the Court at the hearing held on September 2, 2021. They submit the following agreed-upon deadlines to govern that discovery and briefing the motions they anticipate renewing when discovery is completed.

- Exchange limited discovery requests: September 29, 2021.
- Exchange objections to limited requests: October 11, 2021.
- Meet and confer regarding all objections: October 14, 2021.
- Complete limited written discovery: October 29, 2021.
- Complete limited depositions (if any, subject to witness availability): November 16, 2021.

- File motions: November 19, 2021.
- Respond to motions: December 10, 2021.
- Reply to motions: December 17, 2021.

Respectfully submitted,

Date: September 23, 2021

*/s/ Michael T. van der Veen, /s/ Bruce L. Castor, Jr.*

Michael T. van der Veen
Bruce L. Castor, Jr.
van der Veen, Hartshorn and Levin
Pennsylvania Bar ID #: 75616/46370
1219 Spruce Street,
Philadelphia, PA 19107
Email: mtv@mtvlaw.com, bcastor@mtvlaw.com
P: (215)-546-1000
F: (215)-546-8529

Date: September 23, 2021

*/s/ J. Thomas Richie*

J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
P: (205) 521-8000
F: (205) 521-8800
P: (205) 521-8000
F: (205) 521-8800

*Attorneys for Plaintiffs*

Date: September 23, 2021

Respectfully submitted,

**WOLFRAM RESEARCH, INC.**

By:s/ *Daniel B. Snyder*

One of Its Attorneys

Bradford P. Lyerla
Daniel I. Konieczny
Amie M. Bauer
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street. 7th Floor
Chicago, IL 60604
Telephone: (312) 762-9450
edocket@tdrlawfirm.com

Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, Alabama 35205
fgaines@gainesllc.com
dsnyder@gainesllc.com
Office Number: 205.598.5055
Fax Number: 205.598.5066
Floyd Gaines Direct: 205.598.5089
Daniel Snyder Direct: 205.598.5076
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system will send notice of such filing to the following:

Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, AL 35205

Bradford P. Lyerla
Daniel I. Konieczny
Katherine O'Brien
Amie M. Bauer
TABET DIVITO ROTHSTEIN LLC
209 South LaSalle St., 7th flr
Chicago, IL 60604

*s/J. Thomas Richie*
J. Thomas Richie

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: trichie@bradley.com