FILED
2022 Jan-10 PM 04:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC, | : | |
| Plaintiffs, | : | |
| v. | : | Case 5:21-cv-00418-RDP |
| WOLFRAM RESEARCH, INC., | : | |
| Defendant. | : | |

## JOINT STATUS REPORT REGARDING PROGRESS OF LIMITED DISCOVERY

The parties give the following joint status report regarding the progress of the limited discovery phase of this matter.

The parties have nearly completed discovery in the limited discovery phase. This phase of discovery has involved the production of numerous documents, answering written discovery, and extensive efforts in correspondence and conferences aimed at addressing and resolving disagreements regarding discovery without Court involvement. The parties are attempting to resolve a few remaining disputes, complete this phase of written discovery, and take limited depositions.

Defendant has noticed the deposition of Scott Gillaspie and the Plaintiffs under Rule 30(b)(6) for January 13, 2022. Plaintiffs have provisionally noticed the

deposition of Dr. Michael Kelly and Defendant under Rule 30(b)(6) for January 21, 2022.

The deposition dates may change to the next available dates depending on the resolution of the parties' remaining disputes.

The parties propose to submit a joint status report addressing motion briefing schedules on or before January 31, 2022.

                              Respectfully submitted,

Date: January 10, 2022        /s/ J. Thomas Richie
                                      J. Thomas Richie
                                        Carson S. Phillips
                                        Bradley Arant Boult Cummings LLP
                                        One Federal Place
                                        1819 Fifth Avenue North
                                        Birmingham, AL 35203-2119
                                        P: (205) 521-8000
                                        F: (205) 521-8800
                                        P: (205) 521-8000
                                        F: (205) 521-8800

                                        Michael T. van der Veen
                                        Bruce L. Castor, Jr.
                                        van der Veen, Hartshorn and Levin
                                        Pennsylvania Bar ID #: 75616/46370
                                        1219 Spruce Street,
                                        Philadelphia, PA 19107
                                        Email: mtv@mtvlaw.com, bcastor@mtvlaw.com
                                        P: (215)-546-1000
                                        F: (215)-546-8529

                                        *Attorneys for Plaintiffs*

Date: January 10, 2022                     Respectfully submitted,


                                                        **WOLFRAM RESEARCH, INC.**

                                                        By: s/ *Daniel B. Snyder*
                                                              One of Its Attorneys

| | |
|---|---|
| Bradford P. Lyerla | Floyd D. Gaines |
| Daniel I. Konieczny | Daniel B. Snyder |
| Amie M. Bauer | GAINES LLC |
| TABET DIVITO & ROTHSTEIN LLC | 2160 Highland Avenue South, Suite 101 |
| 209 S. LaSalle Street. 7th Floor | Birmingham, Alabama 35205 |
| Chicago, IL 60604 | fgaines@gainesllc.com |
| Telephone: (312) 762-9450 | dsnyder@gainesllc.com |
| edocket@tdrlawfirm.com | Office Number:    205.598.5055 |
| | Fax Number:       205.598.5066 |
| | Floyd Gaines Direct:    205.598.5089 |
| | Daniel Snyder Direct:   205.598.5076 |
| | *Counsel for the Defendant* |

## CERTIFICATE OF SERVICE

 I hereby certify that on January 10, 2022, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system will send notice of such filing to the following:

 Floyd D. Gaines
 Daniel B. Snyder
 GAINES LLC
 2160 Highland Avenue South, Suite 101
 Birmingham, AL 35205

 Bradford P. Lyerla
 Daniel I. Konieczny
 Katherine O'Brien
 Amie M. Bauer
 TABET DIVITO ROTHSTEIN LLC
 209 South LaSalle St., 7th flr
 Chicago, IL 60604

             *s/J. Thomas Richie*
             J. Thomas Richie

             BRADLEY ARANT BOULT CUMMINGS LLP
             One Federal Place
             1819 Fifth Avenue North
             Birmingham, AL 35203-2119
             Telephone: (205) 521-8000
             Facsimile: (205) 521-8800
             E-mail: trichie@bradley.com