FILED
2022 Jan-31  PM 05:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC,** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case 5:21-cv-00418-RDP |
| | : | |
| | : | |
| **WOLFRAM RESEARCH, INC.,** | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT REGARDING PROPOSED BRIEFING SCHEDULE

The parties propose the following briefing schedule to apply to their anticipated motions for preliminary injunction and summary judgment:

Motions:       March 11, 2022

Responses:    April 8, 2022

Replies:        April 20, 2022.

                          Respectfully submitted,

Date: January 31, 2022      */s/ J. Thomas Richie*
                                      J. Thomas Richie
                                      Carson S. Phillips
                                      Bradley Arant Boult Cummings LLP
                                      One Federal Place
                                      1819 Fifth Avenue North
                                      Birmingham, AL 35203-2119
                                      P: (205) 521-8000

                              F: (205) 521-8800
                              P: (205) 521-8000
                              F: (205) 521-8800

                              Michael T. van der Veen
                              Bruce L. Castor, Jr.
                              van der Veen, Hartshorn and Levin
                              Pennsylvania Bar ID #: 75616/46370
                              1219 Spruce Street,
                              Philadelphia, PA 19107
                              Email: mtv@mtvlaw.com, bcastor@mtvlaw.com
                              P: (215)-546-1000
                              F: (215)-546-8529

                              *Attorneys for Plaintiffs*

Date: January 31, 2022                        Respectfully submitted,

                                          **WOLFRAM RESEARCH, INC.**

                                          By: s/ *Daniel B. Snyder*
                                              One of Its Attorneys

| | |
|---|---|
| Bradford P. Lyerla | Floyd D. Gaines |
| Daniel I. Konieczny | Daniel B. Snyder |
| Amie M. Bauer | GAINES LLC |
| TABET DIVITO & ROTHSTEIN LLC | 2160 Highland Avenue South, Suite 101 |
| 209 S. LaSalle Street. 7th Floor | Birmingham, Alabama 35205 |
| Chicago, IL 60604 | fgaines@gainesllc.com |
| Telephone: (312) 762-9450 | dsnyder@gainesllc.com |
| edocket@tdrlawfirm.com | Office Number:    205.598.5055 |
| | Fax Number:      205.598.5066 |
| | Floyd Gaines Direct:    205.598.5089 |
| | Daniel Snyder Direct:   205.598.5076 |
| | *Counsel for the Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2022, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system will send notice of such filing to the following:

Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, AL 35205

Bradford P. Lyerla
Daniel I. Konieczny
Katherine O'Brien
Amie M. Bauer
TABET DIVITO ROTHSTEIN LLC
209 South LaSalle St., 7th flr
Chicago, IL 60604

*s/J. Thomas Richie*
J. Thomas Richie

BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
E-mail: trichie@bradley.com
