## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

CENT HOLDING COMPANY,
LLC, CENT CAPITAL, LLC,

      Plaintiffs,

      v.

WOLFRAM RESEARCH, INC.,

      Defendant.

Case No. 5:21-cv-00418

Judge R. David Proctor

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.1(e) of the United States District Court for the Northern District of Alabama and this Court's Initial Order 24(C), Amie M. Bauer of Tabet DiVito & Rothstein LLC respectfully moves this Court for leave to withdraw her appearance as counsel for defendant Wolfram Research, Inc. ("Wolfram") in the above captioned matter. Ms. Bauer will leave the firm on March 11, 2022. Attorneys Bradford P. Lyerla and Daniel I. Konieczny of Tabet DiVito & Rothstein LLC and Floyd D. Gaines and Daniel B. Snyder of Gaines LLC, who have already entered their appearances on Wolfram's behalf, will continue to represent Wolfram in this matter.

WHEREFORE, movant respectfully requests that this Court grant Amie M. Bauer leave to withdraw as one of the attorneys of record for Wolfram Research, Inc.

Dated: March 11, 2022                    Respectfully submitted,

                                       By: /s/      Amie M. Bauer

                                           Amie M. Bauer (*pro hac vice*)
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street, 7th Floor
Chicago, IL 60604
Telephone: 312-762-9450
Facsimile: 312-762-9451
abauer@tdrlawfirm.com