# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | Case 5:21-cv-00418-RDP |
| | : | |
| **WOLFRAM RESEARCH, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF CONVENTIONAL FILING

Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC (collectively "Cent") hereby notify the Court and all parties of the conventional filing of the following documents pursuant to the Court's Text Order (Doc. 86) granting the Joint Motion to File Under Seal (Doc. 85):

1. **Plaintiffs' Brief in Opposition to Defendant's Motion for Summary Judgment (Doc. 87); and**

2. **Plaintiffs' Evidentiary Submission in Support of Plaintiffs' Brief in Opposition (Doc. 88).**

These documents are being hand delivered to the Court on a CD, with copies provided to Defendant's counsel.

Respectfully submitted this 27th day of April 2022.

/s/ Carson S. Phillips
J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
P: (205) 521-8000
F: (205) 521-8800

/s/ Steven L. Nicholas
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  66660
P: (251) 471-6191
F: (251) 479-1031

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2022, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system which will send notice of such filing to the following:

>Floyd D. Gaines
>Daniel B. Snyder
>GAINES LLC
>2160 Highland Avenue South, Suite 101
>Birmingham, AL 35205
>
>Bradford P. Lyerla
>Daniel I. Konieczny
>Katherine O'Brien
>TABET DIVITO ROTHSTEIN LLC
>209 South LaSalle St., 7th flr
>Chicago, IL 60604

                                                *s/Carson Phillips*
                                                 Carson S. Phillips

                                          BRADLEY ARANT BOULT CUMMINGS LLP
                                          One Federal Place
                                          1819 Fifth Avenue North
                                          Birmingham, AL 35203-2119
                                          Telephone: (205) 521-8895
                                          Facsimile: (205) 521-8800
                                          E-mail: caphillips@bradley.com