IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC, </br></br>Plaintiffs, </br></br>v. </br></br>WOLFRAM RESEARCH, INC., </br></br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case 5:21-cv-00418-RDP |

## NOTICE OF REDACTED FILING

Defendant Wolfram Research, Inc., hereby notifies the Court and all parties of the redacted filing of the following documents originally Filed Under Seal on March 28, 2022:

A. Wolfram's Second Motion for Summary Judgment (originally filed under seal at Dkt. 81)

B. Wolfram's Evidentiary Submission in Support of Its Motion for Summary Judgment (originally filed under seal at Dkt. 82), including these exhibits:

| # | Description |
|---|---|
| 1 | Declaration of Daniel Konieczny (originally filed under seal at Dkt. 81-1) |
| 2 | Declaration of Eric Schacht (originally filed under seal at Dkt. 81-2) |
| 3 | Declaration of Fahim Chandurwala (originally filed under seal at Dkt. 81-3) |
| 4 | January 27, 2021 webinar video (originally filed under seal at Dkt. 81-4) |
| 5 | May 13, 2021 webinar video (originally filed under seal at Dkt. 81-5) |
| 6 | July 1, 2021 webinar video (originally filed under seal at Dkt. 81-6) |

| | |
|---|---|
| 7 | Transcript of Jan. 2021 webinar (originally filed under seal at Dkt. 81-7) |
| 8 | Notebook used in Jan. 2021 webinar (last edited in Feb. 2021) (originally filed under seal at Dkt. 81-8) |
| 9 | Materials provided to Jan. 2021 webinar participants (originally filed under seal at Dkt. 81-9) |
| 10 | Wolfram documentation page for the "BloombergTerminal service connection" from the Wolfram Finance Platform version 3.1 (last modified July 7, 2020) (originally filed under seal at Dkt. 81-10) |
| 11 | RequestingMarketData-ServiceFrameWork.nb (last modified Dec. 11, 2019) (originally filed under seal at Dkt. 81-11) |
| 12 | Aug. 30, 2016 Bloomberg Open API Core developer guide, available at https://data.bloomberglp.com/professional/sites/10/2017/03/BLPAPI-Core-Developer-Guide.pdf. (originally filed under seal at Dkt. 81-12) |
| 13 | August 2020 webinar video (originally filed under seal at Dkt. 81-13) |
| 14 | Notebook used in August 2020 webinar (originally filed under seal at Dkt. 81-14) |
| 15 | Changelog for Wolfram's source code for the BloombergTerminal service connection ("BLPAPILink") and the BloombergLink built-in commands. (originally filed under seal at Dkt. 81-15) |
| 16 | Screenshots of change to source code for BloombergTerminal service connection from November 27, 2020 to the present. (originally filed under seal at Dkt. 81-16) |
| 17 | Mathematica Version 12.2 Documentation Page for ValueQ, found at C:\Program Files\Wolfram Research\Mathematica\12.2\Documentation\English\System\ReferencePages\Symbols\ValueQ.nb (last modified Dec. 6, 2020) (originally filed under seal at Dkt. 81-17) |
| 18 | Wolfram Finance Platform Version 3.1 Tutorial for BloombergLink, found at C:\Program Files\Wolfram Research\Wolfram Finance Platform\3.1\SystemFiles\Links\BloombergLink\Documentation\English\Tutorials (last modified July 7, 2020). (originally filed under seal at Dkt. 81-18) |
| 19 | Sep. 10, 2011 Bloomberg Development License Schedule of Services (originally filed under seal at Dkt. 81-19) |
| 20 | Nov. 2020 Luke Jennings Wolfram Community Q&A, "Visualizing the live tick with Bloomberg Terminal & InteractiveTradingChart" (originally filed under seal at Dkt. 81-20) |
| 21 | Technical Consulting Development Support Statement of Work Contract (originally filed under seal at Dkt. 81-21) |
| 22 | Plaintiffs' Supp. Responses and Objections to Defendant's First Set of Discovery (originally filed under seal at Dkt. 81-22) |

| | |
|---|---|
| 23 | Plaintiffs' Responses to Defendant's Second Set of Interrogatories to Plaintiffs Regarding Plaintiffs' Contentions of Trade Secret Disclosure (originally filed under seal at Dkt. 81-23) |
| 24 | Transcript of Rule 30(b)(6) Deposition of Cent Holding Company, LLC and Cent Capital, LLC (originally filed under seal at Dkt. 81-24) |
| 25 | Transcript of Deposition of Ronald Scott Gillaspie (originally filed under seal at Dkt. 81-25) |
| 26 | February 25, 2022 Letter from Richie to Konieczny (originally filed under seal at Dkt. 81-26) |
| 27 | Additional screenshots of Source Code Changes (originally filed under seal at Dkt. 81-27) |
| 28 | Additional screenshots of Source Code Changes (originally filed under seal at Dkt. 81-28) |
| 29 | Notebook evaluated in Wolfram Finance Platform version 3.1.1, released July 6, 2020 (originally filed under seal at Dkt. 81-29) |
| 30 | Notebook evaluated in Wolfram Finance Platform version 3.2, released Jan. 12, 2021 (originally filed under seal at Dkt. 81-30) |
| 31 | Notebook evaluated in Wolfram Finance Platform version 3.3, released July 23, 2021 (originally filed under seal at Dkt. 81-31) |
| 32 | Notebook evaluated in Wolfram Finance Platform version 13.0.1, released Mar. 7, 2022 (originally filed under seal at Dkt. 81-32) |

C. Wolfram's Brief in Support of Its Motion for Summary Judgment (originally filed under seal at Dkt. 83)

The redacted motion and exhibits are attached hereto.

Dated: May 23, 2022

Respectfully submitted,

*s/ Floyd D. Gaines*
Floyd D. Gaines
Daniel B. Snyder

GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, Alabama 35205
fgaines@gainesllc.com
dsnyder@gainesllc.com
Office Number:     205.598.5055
Fax Number:        205.598.5066
Floyd Gaines Direct:   205.598.5089
Daniel Snyder Direct:  205.598.5076
*Counsel for the Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically served via filing the foregoing with the Clerk of the Court using CM/ECF which will serve a copy on all counsel of records, and served via other permissible means any documents not filed through CM/ECF, on the following:

Steven L Nicholas
William Earl Bonner
CUNNINGHAM BOUNDS CROWDER BROWN & BREEDLOVE LLC
1601 Dauphin Street
P O Box 66705
Mobile, AL 36660
251-471-6191
Fax: 251-479-1031
Email: sln@cunninghambounds.com
Email: web@cunninghambounds.com

Michael T. van der Veen
Bruce L. Castor, Jr.
van der Veen, Hartshorn and Levin
1219 Spruce Street,
Philadelphia, PA 19107
Email: mtv@mtvlaw.com
Email: bcastor@mtvlaw.com
P: (215)-546-1000

F: (215)-546-8529

J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Email: trichie@bradley.com
Email: caphillips@bradley.com
P: (205) 521-8000
F: (205) 521-8800

                                        *Daniel B. Snyder*
                                        Of Counsel