# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| CENT HOLDING COMPANY, LLC,<br>CENT CAPITAL, LLC, | |
| Plaintiffs, | Case No. 5:21-cv-00418 |
| v. | Judge R. David Proctor |
| WOLFRAM RESEARCH, INC., | ORAL ARGUMENT REQUESTED |
| Defendant. | |

## WOLFRAM'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Wolfram Research, Inc. ("Defendant" or "Wolfram") respectfully requests that the Court enter final judgment in Wolfram's favor and against Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC ("Cent Holding" and "Cent Capital," collectively "Plaintiffs" or "Cent") on all counts of Plaintiffs' Amended Complaint (Doc. 47). Wolfram's Motion is based on the Amended Complaint (*id.*) and its accompanying evidentiary materials and Brief in Support of the Motion for Summary Judgment, as well as the files, records, and proceedings herein.

WHEREFORE, Wolfram Research Inc. respectfully requests the Court to enter summary judgment in its favor.

Date: March 25, 2022

Respectfully submitted,

**WOLFRAM RESEARCH, INC.**

By:s/ *Floyd D. Gaines*
      One of Its Attorneys

*Of Counsel*
Bradford P. Lyerla
Daniel I. Konieczny
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle Street. 7th Floor
Chicago, IL 60604

Floyd D. Gaines
Daniel B. Snyder
GAINES LLC
2160 Highland Avenue South, Suite 101
Birmingham, Alabama 35205

1

2

Telephone: (312) 762-9450  
edocket@tdrlawfirm.com

fgaines@gainesllc.com  
dsnyder@gainesllc.com  
Office Number:     205.598.5055  
Fax Number:        205.598.5066  
Floyd Gaines Direct:  205.598.5089  
Daniel Snyder Direct: 205.598.5076