FILED
2022 Jun-13  PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CENT HOLDING COMPANY LLC, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  5:21-cv-00418-RDP** |
| | } | |
| **WOLFRAM RESEARCH, INC.,** | } | |
| | } | |
| **Defendant.** | } | |

## <u>ORDER</u>

This case is before the court on Defendant's Motion for Summary Judgment. (Doc. # 81 filed under seal). **On or before Monday, June 27, 2022**, Plaintiffs **SHALL** file with the court a list of what information they contend to be a trade secret. As to each trade secret identified, Plaintiffs **SHALL** also include a citation to those portions of the record showing that Defendant misappropriated the trade secret at issue.

**DONE** and **ORDERED** this June 13, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE