FILED
2022 Jun-27 PM 05:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **CENT HOLDING COMPANY, LLC, and CENT CAPITAL, LLC,** | : | |
| **Plaintiffs,** | : | |
| v. | : | Case 5:21-cv-00418-RDP |
| **WOLFRAM RESEARCH, INC.,** | : | |
| **Defendant.** | : | |

## NOTICE OF CONVENTIONAL FILING

Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC (collectively "Cent") hereby notify the Court and all parties of the conventional filing of the following documents pursuant to the Court's Text Order (Doc. 86) granting the Joint Motion to File Under Seal (Doc. 85):

1. **Plaintiffs' List of Trade Secrets and Misappropriation.**

These documents are being hand delivered to the Court on a CD, with copies provided to Defendant's counsel. This filing is submitted in response to the Court's June 13, 2022 Order (Doc. 97) regarding Defendants' Motion for Summary Judgment (Doc. 81).

Respectfully submitted this 27th day of June 2022.

/s/ Carson S. Phillips
J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
P: (205) 521-8000
F: (205) 521-8800

/s/ Steven L. Nicholas
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, Alabama  66660
P: (251) 471-6191
F: (251) 479-1031

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2022, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system which will send notice of such filing to the following:

    Floyd D. Gaines
    Daniel B. Snyder
    GAINES LLC
    2160 Highland Avenue South, Suite 101
    Birmingham, AL 35205

    Bradford P. Lyerla
    Daniel I. Konieczny
    Katherine O'Brien
    TABET DIVITO ROTHSTEIN LLC
    209 South LaSalle St., 7th flr
    Chicago, IL 60604

                                                *s/Carson Phillips*
                                                Carson S. Phillips

                                            BRADLEY ARANT BOULT CUMMINGS LLP
                                            One Federal Place
                                            1819 Fifth Avenue North
                                            Birmingham, AL 35203-2119
                                            Telephone: (205) 521-8895
                                            Facsimile: (205) 521-8800
                                            E-mail: caphillips@bradley.com