# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **CENT HOLDING COMPANY, LLC,** and **CENT CAPITAL, LLC,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) ) |
| **WOLFRAM RESEARCH, INC.,** | ) ) |
| **Defendant.** | ) ) |

Case 5:21-CV-00418-RDP

## PLAINTIFFS' MOTION TO WITHDRAW

Comes now, Steven Nicholas and the firm of Cunningham Bounds, LLC, and move this court for an Order allowing them to withdraw from representation of the plaintiffs in this matter. As grounds, movants show that there has been a communication breakdown between counsel and plaintiffs' representative such that continued representation of the plaintiffs is not possible.

A copy of this motion has been forwarded to the plaintiffs.

　　　　　　　　　　　　　　*/s/ Steven L. Nicholas*
　　　　　　　　　　　　　　Cunningham Bounds, LLC
　　　　　　　　　　　　　　Post Office Box 66705
　　　　　　　　　　　　　　Mobile, Alabama  66660
　　　　　　　　　　　　　　P: (251) 471-6191
　　　　　　　　　　　　　　F: (251) 479-1031

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Steven L. Nicholas*
STEVEN L. NICHOLAS