# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CENT HOLDING COMPANY, LLC,** ) | |
| **CENT CAPITAL, LLC,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 5:21-cv-00418-RDP |
| ) | |
| **WOLFRAM RESEARCH, INC.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

J. Thomas Richie and Carson S. Phillips of Bradley Arant Boult Cummings LLP move to withdraw as counsel for the Plaintiffs Cent Holding Company LLC and Cent Capital LLC.  As grounds for this motion, movants show that there has been a breakdown of communication between counsel and Plaintiffs' representatives such that continued representation of the Plaintiffs is not possible.  A copy of this motion has been forwarded to the Plaintiffs.

Respectfully submitted October 24, 2022.

/s/ J. Thomas Richie & Carson S. Phillips
J. Thomas Richie
Carson S. Phillips
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
P: (205) 521-8000
F: (205) 521-8800

4868-3460-5115.1

## CERTIFICATE OF SERVICE

  I hereby certify that October 24, 2022, I filed the foregoing with the Clerk of the Court through use of the Court's CM/ECF system will send notice of such filing to the following:

  Floyd D. Gaines
  Daniel B. Snyder
  GAINES LLC
  2160 Highland Avenue South, Suite 101
  Birmingham, AL 35205

  Bradford P. Lyerla
  Daniel I. Konieczny
  Katherine O'Brien
  Amie M. Bauer
  TABET DIVITO ROTHSTEIN LLC
  209 South LaSalle St., 7th flr
  Chicago, IL 60604

I also forwarded a copy by electronic mail to the Plaintiffs.

              *s/J. Thomas Richie*
              J. Thomas Richie

            BRADLEY ARANT BOULT CUMMINGS LLP
            One Federal Place
            1819 Fifth Avenue North
            Birmingham, AL 35203-2119
            Telephone: (205) 521-8000
            Facsimile: (205) 521-8800
            E-mail: trichie@bradley.com

4868-3460-5115.1