FILED
2022 Nov-15 PM 05:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **CENT HOLDING COMPANY, LLC,** ) <br> **CENT CAPITAL, LLC,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **WOLFRAM RESEARCH, INC.,** ) <br> ) <br> Defendant. ) <br> ) | CASE ACTION NO.: <br> **5:21-CV-418** |

## PLAINTIFFS' STATUS REPORT OR, ALTERNATIVELY, MOTION TO CONTINUE ALL HEARINGS

**COME NOW** Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC, by and through counsel, and submits this, their Motion to Continue this action. In support thereof, Plaintiffs show onto the Honorable Court, as follows:

1. Plaintiffs commenced this matter on March 19, 2021.

2. Counsel for Plaintiffs and Defendant have, since that time, underwent extensive discovery, including lengthy depositions, and engaged in dispositive motion practice (which were filed under seal), including Plaintiffs' then counsel filing a response in opposition to Defendant's pending Motion for Summary Judgment (doc. 81).

3. On October 18, 2022, this Honorable Court set a hearing for a status conference for October 27, 2022 to discuss the possibility of conducting a computer science day, for the purposes of discussing and narrowing the technical issues before the Court.

4. Shortly thereafter, however, on October 24, 2022, lead and local counsel for Plaintiffs, the Honorable John Richie and Honorable Steve Nicholas, moved to withdraw from their representation of Plaintiffs in this matter, both citing a breakdown in the attorney-client relationship and/ or communication. (Docs. 101, 102). This Court granted that request on the same day (*see* doc. 103), and thereafter ordered remaining Plaintiffs' counsel to enter a status report within twenty-one (21) days. (Doc. 104).

5. Upon information and belief, a managing member of Cent Holding Company, LLC and manager of Cent Capital, LLC, around this time, became incapacitated as a result of an alleged mental illness.

6. The remaining manager-members of Cent Holding Company, LLC (who is the sole member of Cent Capital, LLC) retained the undersigned in order to protect the interest of the two companies in light of issues related to the foregoing.

7. The undersigned counsel recently filed in the Jefferson County, Alabama Probate Court a Petition for Conservatorship over the aforementioned

managing member, which upon information and belief is currently pending in that court.

8. Additionally, the undersigned counsel is in the process of undertaking representation of Plaintiffs in this matter and needs more time to assess the case, the appropriate litigation strategy, and any posturing otherwise necessary for competent legal representation of Plaintiffs in this matter.

**WHEREFORE, premises considered,** Plaintiffs request that this Honorable Court continue proposed status conference and any other contemplated hearings in this matter for no less than ninety (90) days in order for undersigned counsel to obtain court protection over the authority and management of Plaintiffs, and for the undersigned to otherwise to assess this litigation and prepare for representation of Plaintiffs in the same. Plaintiffs also request any other, further, or different relief, whether arising under equity or law, that this Honorable Court may deem appropriate under these premises.

**Respectfully submitted this 15th day of November, 2022.**

/s/ Matthew R. Elliott
**Clint L. Maze**
**Matthew R. Elliott**
**WILMER & LEE, P.A.**
Attorney for Plaintiffs
725 North Brindlee Mountain Parkway
Arab, Alabama 35016
Phone (256) 586-9000