# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **CENT HOLDING COMPANY LLC, et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 5:21-cv-00418-RDP |
| **WOLFRAM RESEARCH, INC.,** | } |
| **Defendant.** | } |

## ORDER

This case is before the court on Plaintiffs' Status Report or, Alternatively, Motion to Continue all Hearings. (Doc. # 106). Plaintiffs request that the court continue the previously-scheduled status conference and any other contemplated hearings in this matter for at least ninety days. The motion is **GRANTED**. All hearings in this matter are **CONTINUED GENERALLY**.

In light of this Order, the pending Motion for Summary Judgment (Doc. # 81) is **ADMINISTRATIVELY TERMINATED**. The parties **SHALL** submit a status report **within ninety (90) days** of the entry of this order updating the court on the issues identified in the most recent Status Report (Doc. # 106) and indicating whether they wish to reactivate the Motion for Summary Judgment or file additional briefing. In addition to the reporting requirements referenced above, Plaintiffs **SHALL ALSO** promptly submit an interim status report upon any material developments in counsel's efforts to obtain the Petition for Conservatorship mentioned in the Status Report or upon any other relevant developments.

**DONE** and **ORDERED** this November 16, 2022.

_R. David Proctor (signature)_
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE