FILED
2023 Mar-09 PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | |
|---|---|
| **CENT HOLDING COMPANY, LLC,** ) <br> **CENT CAPITAL, LLC,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> **v.** ) <br> ) <br> **WOLFRAM RESEARCH, INC.,** ) <br> ) <br> Defendant. ) <br> ) | CASE ACTION NO.: <br> **5:21-CV-418** |

## PLAINTIFFS' STATUS REPORT

**COME NOW** Plaintiffs Cent Holding Company, LLC and Cent Capital, LLC, by and through undersigned counsel, and hereby submit to the Honorable Court their Status Report for this action. Plaintiffs show onto the Honorable Court, as follows:

**1.** On February 23, 2023, a telephonic status conference was held in the above styled matter.

**2.** Following said status conference, the Honorable Court ordered Plaintiffs to file a status report no later than March 9, 2023 informing the Court: 1) whether new counsel will appear for Plaintiff, (2) if so, when new counsel would file an appearance, and (3) a proposed date for holding a status conference.

**3.** Plaintiffs currently have no intention to retain new counsel to appear on their behalf in this matter. Lead counsel for Plaintiffs will now be the Honorable Bruce Castor with the Honorable Matthew Elliott serving a local counsel.

**4.** The parties are prepared to attend a status conference at the Honorable Court's convenience.

**5.** Undersigned counsel, however, respectfully request that the Honorable Court not schedule settings regarding the legal and factual merits of this within the next sixty (60) days as Plaintiffs' counsel reviews pleadings, discovery so far produced, and otherwise continue to familiarize and/ or refamiliarize themselves with the factual and legal basis underlying this matter.

**Respectfully submitted this 9th day of March, 2023.**

**Cent Holding Company, LLC**

**Cent Capital, LLC**

By: /s/ Matthew R. Elliott_____
**Matthew R. Elliott (ELL073)**
**WILMER & LEE, P.A.**
Attorney for Plaintiffs
725 North Brindlee Mountain Parkway
Arab, Alabama 35016
Phone        (256) 586-9000
Facsimile    (256) 217-4626
melliott@wilmerlee.com