UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CENT HOLDING COMPANY LLC, et al.,** } | |
| } | |
| **Plaintiffs,** } | |
| } | |
| v. } | Case No.: 5:21-cv-00418-RDP |
| } | |
| **WOLFRAM RESEARCH, INC.,** } | |
| } | |
| **Defendant.** } | |

## ORDER

On December 12, 2023, the court held a telephone conference with counsel for the parties to discuss Defendant's Motion to Set Deadlines (Doc # 135) and Plaintiffs' Motion to Amend Scheduling Order (Doc. # 139). As discussed during the telephone conference, the parties are to conduct discovery limited to the issues of liability in this case.

Accordingly, the scheduling deadlines are **AMENDED** as follows: (1) expert reports from the Plaintiffs due **on or before January 3, 2024**; (2) expert reports from the Defendant due **on or before February 17, 2024**; (3) discovery due by **March 18, 2024**; and (4) *Daubert* and dispositive motions due **on or before April 18, 2024**. After the resolution of any dispositive and *Daubert* motions, the court will determine how the case will proceed.

Additionally, the parties are **REMINDED** that anything the parties wish to be considered by the court must be filed in accordance with the Initial Order (Doc. # 27) and must be signed pursuant to Federal Rule of Civil Procedure 11.

**DONE** and **ORDERED** this December 21, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE